MANHATTAN LEGAL SERVICES
William Kaplan (WK-3847)
40 Worth Street, 6th Floor
New York, NY 10013
Telephone: 646-442-3325
Facsimile: 646-859-8646
wkaplan@lsnyc.org

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2020
```

*Plaintiff's motion is DENIED as moot, in light of the Stipulation and Order remanding this case (Dkt. No. 24). The Clerk of Court is respectfully directed to close the motion at Dkt. No. 15. SO ORDERED.*

*Dated: January 10, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JUANA CASANOVA,

                    Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
_____

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

**18-CV-12210 (LGS) HBP)**

PLEASE TAKE NOTICE that upon the memorandum of law filed herewith, the plaintiff, JUANA CASANOVA, by her attorney, William Kaplan, Manhattan Legal Services, will move this Court before The Honorable Henry B. Pitman, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, on submission, for an order:

(a)     granting her judgment on the pleadings pursuant to <u>Federal Rule of Civil Procedure 12(c)</u>;

(b)     vacating the decision of the administrative law judge;

(c)     remanding the action for further administrative proceedings consistent with the Order of the Court;

(d)     awarding plaintiff attorney's fees pursuant to the Equal Access to Justice Act;

(e)     granting such other and further relief as this Court deems proper.

Dated:     August 25, 2019
               New York, New York

                                           MANHATTAN LEGAL SERVICES

                                           */S/ William Kaplan*

By:     William Kaplan (WK-3847)
           Attorney for Plaintiff
           40 Worth Street, 6th Floor
           New York, NY 10013
           Telephone: 646-442-3325
           Facsimile: 646-859-8646
           wkaplan@lsnyc.org

To:     Mary Ellen Brennan, Assistant United States Attorney
         Southern District of New York
         86 Chambers Street, 3rd Floor
         New York, NY 10007

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2019, I served the foregoing Notice of Motion and accompanying Memorandum of Law in support thereof upon counsel for the defendant by causing a copy to be mailed, postage prepaid, to:

Mary Ellen Brennan, Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

/s/ William Kaplan
_____
WILLIAM KAPLAN
ATTORNEY