USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUANA CASANOVA,

                Plaintiff,              18 **CIVIL** 12210 (LGS) (SLC)

-v-                                 **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 10, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           January 10, 2020

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                                BY:
                                                    Deputy Clerk

                                                  THIS DOCUMENT WAS ENTERED
                                                  ON THE DOCKET ON 1/10/2020